**Opinion filed December 14, 2017**



## In The

# Eleventh Court of Appeals

_____

### Nos. 11-17-00138-CR & 11-17-00139-CR
_____

### DEREK LEE CASEY, JR., Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause Nos. 12110-D & 12111-D**

### M E M O R A N D U M   O P I N I O N

Derek Lee Casey, Jr., Appellant, has filed a motion to dismiss both of his appeals. In the motion, he requests that his notices of appeal be withdrawn and that these appeals be dismissed. In accordance with TEX. R. APP. P. 42.2, the motion is signed by Appellant and his counsel.

The motion is granted as to each appeal, and the appeals are dismissed.

December 14, 2017                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.